IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02624-MEH

ELECTRONIC PAYMENT SYSTEMS, LLC,

    Plaintiff,

v.

ELECTRONIC PAYMENT SOLUTIONS OF AMERICA, INC.,
JAY WIGDORE,
MICHAEL ABDELMESSH, a/k/a Michael Stewart,
FIRST PAY SYSTEMS LLC,
RICHARD KUHLMANN,
FIRST PAY SOLUTIONS, LLC,
FIRST DATA CORPORATION, and
WELLS FARGO BANK N.A.,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2014.**

    Defendant First Pay Solutions, LLC's Motion to Stay Discovery Directed to and from First Pay Solutions, LLC and Vacate the Minute Order Setting Scheduling Conference [filed November 11, 2014; docket #10] is **granted in part and deny in part**. Because not all parties in this case have yet appeared, the Court will **vacate** the pre-Scheduling Conference deadlines and **convert** the Scheduling Conference to a Status Conference at which counsel for the parties shall be prepared to discuss service and the status of this case.