IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-02624 | Date: | December 18, 2014 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| ELECTRONIC PAYMENT SYSTEMS LLC | Scotty Krob |
| Plaintiff, | |
| v. | |
| ELECTRONIC PAYMENT SOLUTIONS OF AMERICA, INC. | Booker Evans<br>Daniel Glasser |
| JAY WIGDORE | |
| MICHAEL ABDELMESSH | |
| FIRST PAY SYSTGEMS LLC | (no counsel of record) |
| RICHARD KUHLMANN | (no counsel of record) |
| FIRST PAY SOLUTIONS L L C | Ruth Azeredo |
| FIRST DATA CORPORATION | Christopher Groen |
| WELLS FARGO BANK N A | |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**10:38 a.m.  Court in session.**

Court calls case. Appearances of counsel. Ruth Azeredo appeared by telephone.

Following oral argument regarding [17] MOTION for Discovery *regarding personal jurisdiction and for extension of time to respond to motion to dismiss* by Plaintiff Electronic Payment Systems, LLC, IT IS ORDERED that the Motion is GRANTED.

Discussion was held regarding discovery objections with rulings as stated on the record.

IT IS FURTHER ORDERED that the plaintiff has until February 3, 2015 to file a response to [8] Motion to Dismiss for Lack of Jurisdiction by Defendant First Pay Solutions, L.L.C.

**11:19 a.m.     Court in recess.   Hearing concluded.**

Total in-court time    00:31

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.