IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02624-MEH

ELECTRONIC PAYMENT SYSTEMS, LLC,

      Plaintiff,

v.

ELECTRONIC PAYMENT SOLUTIONS OF AMERICA, INC.,
JAY WIGDORE,
MICHAEL ABDELMESSH, a/k/a Michael Stewart,
FIRST PAY SYSTEMS LLC,
RICHARD KUHLMANN,
FIRST PAY SOLUTIONS, LLC,
FIRST DATA CORPORATION, and
WELLS FARGO BANK N.A.,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 21, 2015**.

      The "Joint" Motion to Vacate the January 26, 2015 Scheduling Conference Pending Ruling on Defendants' Motions to Dismiss filed by Defendant First Pay Solutions, LLC, First Data Corporation, Wells Fargo Bank, N.A., Electronic Payment Solutions of America, Inc., Jay Wigdore, and Michael Abdelmessh [filed January 20, 2015; docket #29] is **granted in part and denied in part** as follows.

      The Scheduling Conference currently set for January 26, 2015 is **converted** to a Status Conference at which the parties shall be prepared to discuss the status of this case and service upon *all* named Defendants.

      The Plaintiff shall notify all parties who have not entered an appearance of the date and time of the Status Conference.

      Lawyers whose offices are located outside of the Denver metropolitan area may appear at the Status Conference by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time. Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C. Colo. LCivR 83.2(b).