IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02624-WYD-MEH

ELECTRONIC PAYMENT SYSTEMS, LLC,

    Plaintiff,

v.

ELECTRONIC PAYMENT SOLUTIONS OF AMERICA, INC.,
JAY WIGDORE, and
MICHAEL ABDELMESSH, a/k/a Michael Stewart,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 28, 2015**.

    For good cause shown, the Parties' Joint Motion to Amend Scheduling Order [filed October 23, 2015; docket #68] is **granted**. The proposed Amended Scheduling Order, as modified,[1] is accepted and filed contemporaneously with this minute order.

---

    [1] The proposed order is modified solely to add a date and time for the Final Pretrial Conference.